ORIGINAL

FILED
SEP - 6 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Government Telecommunications, Inc.<br>4500 Southgate Place, Suite 300<br>Chantilly, Virginia 20151,<br><br>Plaintiff,<br><br>v.<br><br>The United States,<br><br>Defendant. | No. 5 - 966 C |

## NOTICE OF DIRECTLY RELATED CASE

COMES NOW the Plaintiff, Government Telecommunications, Inc. (GTI), by counsel, and hereby discloses to the Court the existence of "Directly Related Cases" as that term is defined in RCFC 40.2.

*Identification of Directly Related Cases*

This action is directly related to Civil Action Nos. 05-463C, 05-491C, 05-547C, and 05-592C which were filed by GTI on April 11, 2005, April 22, 2005, May 13, 2005, and June 2, 2005, respectively. All four directly related cases are captioned "Government Telecommunications, Inc. v. The United States," and all four have been assigned to Senior Judge Loren A. Smith.

*Relationship of the Instant Action to the Earlier-Filed Actions*

The instant case and the directly related cases all involve the same parties and the same contract. As such, both tests as set forth in RCFC 40.2(a)(1) are met in determining whether two actions are deemed "directly related."

*Request that the Actions not be Consolidated*

Plaintiff believes that the dual interests of judicial economy and administrative efficiency would be best served if the instant case were assigned to Senior Judge Smith. However, the instant action is different from the earlier-filed actions in that while the matters complained of in the earlier-filed actions all seek recovery of increased costs of performance under the contract, the instant action seeks recovery of lost profits due to contract breach. Accordingly, for ease of administration, Plaintiff requests that the instant action remain separate and distinct from the four earlier-filed actions.

Dated: this 6th day of September 2005.

Respectfully submitted,

**Government Telecommunications, Inc.**

By Counsel:

John C. Person, Esquire
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 466-4434 – phone
(202) 466-4416 – fax
jcperson@perscrav.com

Attorneys for Plaintiff

Of Counsel:

Michael Krawitz, Esq.
General Counsel, Applied Digital

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP - 6 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Government Telecommunications, Inc.<br>4500 Southgate Place, Suite 300<br>Chantilly, Virginia 20151,<br><br>Plaintiff,<br><br>v.<br><br>The United States,<br><br>Defendant. | ) | No. 05-966 |

## RCFC 7.1(a) DISCLOSURE STATEMENT

COMES NOW the Plaintiff, Government Telecommunications, Inc. (GTI), by counsel, and hereby discloses pursuant to RCFC 7.1(a) that GTI is a wholly owned subsidiary of Computer Equity Corporation. Computer Equity Corporation is a wholly owned subsidiary of Applied Digital Solutions, Inc., headquartered in Delray Beach, Florida. Applied Digital Solutions, Inc., which is publicly held, trades under the ticker symbol ADSX.

Dated: this 6th day of September 2005.

Respectfully submitted,

**Government Telecommunications, Inc.**

By Counsel:

John C. Person, Esquire
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 466-4434 – phone
(202) 466-4416 – fax

Attorneys for Plaintiff