# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * ***

| | | |
|---|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC. | * | |
| *Plaintiff,* | * | No. 05-966C |
| v. | * | |
| | * | Filed: February 1, 2006 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Plaintiff's Unopposed Motion for Enlargement of Time to file the Joint Preliminary Status Report (JPSR). The JPSR shall be filed on or before March 2, 2006.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge