# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *
GOVERNMENT *
TELECOMMUNICATIONS, INC. *
*
*Plaintiff,* * No. 05-966C
v. *
* Filed: February 21, 2006
THE UNITED STATES, *
*
*Defendant.* * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * *

**PRELIMINARY SCHEDULING CONFERENCE ORDER**

The Court hereby SCHEDULES the preliminary scheduling telephone conference for Tuesday, March 7, 2006, at 3:00 p.m. EST.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge