# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *
GOVERNMENT *
TELECOMMUNICATIONS, INC. *
*
*Plaintiff,* * No. 05-966C
v. *
* Filed: March 8, 2006
THE UNITED STATES, *
*
*Defendant.* * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

Pursuant to the preliminary scheduling conference discovery deadlines shall be as follows:

Fact Discovery to be conducted until Aug. 31, 2006;
Expert Reports shall be submitted by Sept. 29, 2006; and
Discovery for experts shall take place between Oct. 15 - Nov. 30, 2006.

The Court further SCHEDULES a telephone status conference for Tuesday, July 18, 2006 at 11:00 a.m. EDT.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge