# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * ***
GOVERNMENT *
TELECOMMUNICATIONS, INC. *
*
*Plaintiff,* * No. 05-966C
v. *
* Filed: July 13, 2006
THE UNITED STATES, *
*
*Defendant.* * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby RESCHEDULES the telephone status hearing previously set for July 18, 2005 to Wednesday, October 18, 2006, at 4:00 p.m. EDT.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge