IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-966C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 21 calendar days, to and including November 30, 2006, within which to file the joint status report in this case. The parties' joint status report currently is due to be filed on November 9, 2006. This is either party's first request for an enlargement of time for this purpose. Counsel for defendant has attempted to contact counsel for plaintiff regarding this motion, but has not been able to reach him.

The additional time is necessary because counsel for the parties have not completed their preparation of the joint status report. Specifically, on November 2, 2006, undersigned counsel for defendant forwarded a draft of the joint status report to counsel for plaintiff, but counsel for plaintiff has not provided comments to counsel for defendant or otherwise indicated approval of the draft joint status report. Counsel for defendant has attempted to contact counsel for plaintiff numerous times since November 2, 2006 but has not been able to reach him. Nor has counsel for plaintiff returned counsel for defendant's telephone

messages. Thus, the additional time is necessary to allow the parties to prepare and file the joint status report.

For the foregoing reason, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

NOVEMBER 9, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 9th day of NOVEMBER, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/ Lauren S. Moore