IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-966C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's oral order of October 23, 2006, counsel for plaintiff and defendant respectfully submit the following joint status report.

The parties request that they be allowed to continue to conduct discovery in this case, to and until March 31, 2007. The parties request that they be allowed to file a joint status report on April 15, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Person

JOHN C. PERSON
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
Tele: (202) 466-4434
Fax: (202) 466-4416

Attorney for Plaintiff

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

NOVEMBER 16, 2006

**CERTIFICATE OF FILING**

I hereby certify that on the 16th day of NOVEMBER, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system and that parties may access this filing through the Court’s system.

/s/ Lauren S. Moore