# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| GOVERNMENT TELECOMMUNICATIONS, INC. | * * | |
| | * | |
| *Plaintiff,* | * | No. 05-966C |
| v. | * | |
| | * | Filed: November 16, 2006 |
| THE UNITED STATES, | * | |
| | * | |
| *Defendant.* | * | Senior Judge Smith |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

In light of the Joint Status Report filed on November 16, 2006, discovery shall be concluded on or before March 31, 2007. The parties shall file a joint status report on April 16, 2007.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge