# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * ***
GOVERNMENT TELECOMMUNICATIONS, INC. *
*
*Plaintiff*, * Nos. 05-463C consolidated with 05-491C, 05-547C, and 05-592C
* No. 05-966C
v. *
* Filed: February 20, 2007
THE UNITED STATES, *
*
*Defendant.* * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the representations made by the parties that the cases are tentatively settled, the Court hereby SCHEDULES a telephone status conference for Friday, April 20, 2007 at 11:00 a.m. If the matter becomes settled before April 20, 2007, this order shall automatically be vacated.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge