IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GOVERNMENT TELECOMMUNICATIONS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 05-463C; 05-966C
(Senior Judge Smith)

JOINT STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE

The parties have settled these cases and stipulate that these cases should be dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Person

JOHN C. PERSON
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
Tele: (202) 466-4434
Fax: (202) 466-4416

Attorney for Plaintiff

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 24th day of JULY, 2007, a copy of the foregoing "JOINT STIPULATION FOR ENTRY OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

/s/ Lauren S. Moore